IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00582-GCM-DSC

EDWARD ROGER GEBHART,)
)
Plaintiff,)
)
v.)
)ORDER
CIGNA HEALTH AND LIFE)
INSURANCE COMPANY,)
)
Defendant.)

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Michael H. Bernstein]" (document #7) filed November 17, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: November 18, 2022

David S. Cayer
United States Magistrate Judge