IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-cv-00582-GCM-DSC

| | |
|---|---|
| EDWARD ROGER GEBHART,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE<br>INSURANCE COMPANY,<br><br>    Defendant. | **STIPULATION OF DISMISSAL** |

**NOW COME** Plaintiff and Defendant, evidenced by the attached signatures of their counsel, and enter into the following Stipulation to conclude this lawsuit:

1. All matters and things in controversy between these parties arising upon the pleadings or which could or might have been asserted based on the underlying facts have been resolved and compromised.

2. Plaintiff dismisses his Complaint, with prejudice.

3. The above paragraphs render moot all pending motions and such motions are formally withdrawn.

4. This stipulation does not affect the enforceability of any claims arising out of the Settlement Agreement between the parties.

5. Each side shall pay its own respective court costs and counsel fees.

This the 16th day of March, 2023.

| | |
|---|---|
| /s/ Edward T. Hinson | /s/ G. Wade Leach, III |
| Richard B. Fennell, NC Bar No. 17398 | G. Wade Leach, III, NC Bar No. 54895 |
| Edward T. Hinson, Jr., NC Bar No. 7795 | Burr & Forman LLP |
| James, McElroy & Diehl, P.A. | 101 South Tryon Street, Suite 2610 |
| 525 North Tryon Street, Suite 700 | Charlotte, North Carolina 28280 |
| Charlotte, North Carolina 28202 | Tel: (704) 347-6421 |
| Tel: (704) 372-9870 | wleach@burr.com |
| rfennell@jmdlaw.com | |
| ehinson@jmdlaw.com | |
| *Counsel for Plaintiff* | |

1

50451338 v1
Case 3:22-cv-00582-GCM-DSC   Document 19   Filed 03/16/23   Page 1 of 3

2

    */s/* Michael H. Bernstein
Michael H. Bernstein (*pro hac vice*)
Robinson & Cole LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Tel:    (212) 451-2900
mbernstein@rc.com
*Attorneys for Defendant Cigna Health and Life Insurance Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL** has this date been electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing, constituting service thereof, to the following counsel of record for Cigna:

G. Wade Leach, III – wleach@burr.com

Michael H. Bernstein – mbernstein@rc.com

This the 16th day of March, 2023.

    /s/ Edward T. Hinson
Richard B. Fennell, N.C. State Bar No. 17398
Edward T. Hinson, Jr., N.C. State Bar No. 7795
James, McElroy & Diehl, P.A.
525 North Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508
rfennell@jmdlaw.com | ehinson@jmdlaw.com
*Counsel for Plaintiff*